# MARTIN CLEARWATER & BELL LLP

COUNSELORS AT LAW

220 EAST 42ND STREET, NEW YORK, NY 10017-5842
TELEPHONE (212) 697-3122   FACSIMILE (212) 949-7054

GREGORY J. RADOMISLI
PARTNER

www.mcblaw.com

DIRECT DIAL: (212) 916-0923
E-MAIL: radomg@mcblaw.com

**USDS SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:**
**DATE FILED: 4-13-12**

**MEMO ENDORSED** April 13, 2012

BY FAX (212-805-7949)

The Honorable P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   **Capital Suites v. Capital World**
      Civil Action No.   11 CV 09425 (PKC) (FM)
      MCB File No.       7567-82926

Dear Judge Castel:

We have been retained to represent the defendants Commercial Escrow Services, Inc. and Antoinette Hardstone in the above-referenced matter.

This letter is to request permission to extend defendants' time to serve Answers to plaintiffs' Complaint to May 18, 2012.

Pursuant to Your Honor's Individual Rules of Practice, please be advised as follows:

1) The original date the defendants' Answers are due is April 20, 2012;

2) This request is defendants' first request;

3) Plaintiffs' counsel has graciously consent to defendants' request.

GJR/da
1843393-1

*[Handwritten endorsement:] Application granted. SO ORDERED. /s/ PKC USDJ 4-13-12*

WESTCHESTER COUNTY OFFICE
245 MAIN STREET
WHITE PLAINS, NY 10601
TELEPHONE (914) 328-2969
FACSIMILE (914) 328-4055

NASSAU COUNTY OFFICE
90 MERRICK AVENUE · SUITE 401
EAST MEADOW, NY 11554-1576
TELEPHONE (516) 222-8500
FACSIMILE (516) 222-8513

NEW JERSEY OFFICE
744 BROAD STREET
NEWARK, NJ 07102
TELEPHONE (973) 735-0578
FACSIMILE (973) 735-0584

Thank you for Your Honor's attention to this matter.

Respectfully submitted,

MARTIN CLEARWATER & BELL LLP

Gregory J. Radomisli (GJR 2670)

cc: **BY FAX (212-571-0276)**

Jan Vincent Farensbach, Esq.
Law Offices of Jan V. Farensbach
277 Broadway, Suite 1405
New York, New York 10007

1843393-1