UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

CASTLE SUITES ESTATE, LLC

                      Plaintiff(s),

    - against -

CAPITAL WORLD TRADING

                    Defendant(s).

-----------------------------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-21-12
```

11 Civ. 9425 (PKC)

ORDER FOLLOWING
PRETRIAL CONFERENCE

As a result of a Pre-Trial Conference held before the Court today, the following is ORDERED:

1. By June 15, 2012, defendants Commercial Escrow Services, Inc. and Antoinette Hardstone shall file their motion to dismiss. The Plaintiff may respond July 11 and defendants may reply by July 20. Time to answer or move extended until June 15.

2. By June 5, 2012, plaintiff shall advise whether defendants are to be dismissed.

3. By_____,201_,_____shall_____

4.

5.

6. The next Case Management Conference [the Final Pretrial Conference] will be held on _____ at _____ am/pm. Any conference scheduled for a date prior thereto is adjourned.

SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
5-21-12