```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-7-12
```

LAW OFFICES OF
# JAN V. FARENSBACH
ATTORNEYS AND COUNSELORS AT LAW

277 BROADWAY
SUITE 1405
NEW YORK, NEW YORK 10007

(212) 964-3453
FAX (212) 571-0276

**MEMO ENDORSED**

*Pursuant to Rule 41, action is discontinued without prejudice as to defendants Commercial Escrow Services, Inc. and Antoinette Hardstone.*

**SO ORDERED**
[signature] 6-5-12

June 5, 2012

**BY FACSIMILE (212) 805-7949**

The Honorable P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: **Castle Suites v. Capital World** Civil Action No. 11 CV 09425 (PKC)

Dear Judge Castel:

We represent the Plaintiffs in the above entitled action. Pursuant to discussions held at the pre-motion conference on May 21, 2012 we have decided to discontinue our action, without prejudice, against the Defendants Commercial Escrow Services, Inc. and Antoinette Hardstone. A stipulation of discontinuance will be filed with the Court.

Opposing counsel was notified by telephone yesterday and will receive a facsimile copy of the letter herein.

This office is also considering discontinuing the entire action, without prejudice, against all other Defendants and filing the proceeding in another Court.

Thank you.

Sincerely,

[signature]

Jan V. Farensbach
Attorney at Law

cc: **BY FACSIMILE (212) 949-7054**

Gregory J. Radomisli, Esq.
Martin Clearwater & Bell, LLP
220 East 42nd Street
New York, New York 10017